# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:15-cr-91 |
| v. ) | |
| ) | Judge Travis R. McDonough |
| RYAN ROGERS ) | |
| ) | Magistrate Judge Susan K. Lee |
| ) | |

## ORDER

Magistrate Judge Susan K. Lee filed a report and recommendation recommending the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Counts One, Five, and Ten of the thirty-two-count Indictment; (2) accept Defendant's plea of guilty to Counts One, Five, and Ten of the Indictment; (3) adjudicate Defendant guilty of the charges set forth in Counts One, Five, and Ten of the Indictment; (4) defer a decision on whether to accept the plea agreement until sentencing; and (5) order that Defendant remain in custody until sentencing in this matter. (Doc. 192.) Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 192) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's motion to withdraw his not guilty plea to Counts One, Five, and Ten of the Indictment is **GRANTED**;

(2) Defendant's plea of guilty to Counts One, Five, and Ten of the Indictment is **ACCEPTED**;

(3)   Defendant is hereby **ADJUDGED** guilty of the charges set forth in Counts One, Five, and Ten of the Indictment;

(4)   A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

(5)   Defendant **SHALL REMAIN** in custody until sentencing in this matter which is scheduled to take place on **August 12, 2016 at 9:00 a.m. [EASTERN]** before the undersigned.

/s/*Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**